**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7865**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MERRITT AVERY JOHNSON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-92-508-A, CA-96-1300-AM)

─────────────

Submitted: August 18, 1998          Decided: October 22, 1998

─────────────

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Merritt Avery Johnson, Appellant Pro Se. Marcus John Davis, Assistant United States Attorney, Alexandria, Virginia; Andrew Gerald McBride, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Merritt Avery Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. The evidence was sufficient to find that Johnson "carried" a firearm under 18 U.S.C.A. § 924(c)(1) (West 1994 & Supp. 1998). See Muscarello v. United States, 1998 WL 292058 (U.S. June 8, 1998) (Nos. 96-1654, 96-8837); United States v. Mitchell, 104 F.3d 649, 652 (4th Cir. 1997). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Johnson, Nos. CR-92-508-A; CA-96-1300-AM (E.D. Va. Nov. 15, 1996). Johnson's motion to file a pro se supplemental brief is denied. We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

DISMISSED

2